AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of

ArcBest Freight shipping crate tracking number # 063241919 addressed to Montgomery and Moore 21479 Douglasis Ct Moreno Valley, California 92557 currently located at 1720 Joyce Ave Columbus Ohio 43219.

Case No. 2:18-MJ-386

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property

ArcBest Freight shipping crate tracking number # 063241919 addressed to Montgomery and Moore 21479 Douglasis Ct Moreno Valley, California 92557 currently located at 1720 Joyce Ave Columbus Ohio 43219.

located in the ___ Southern ___ District of ___ Ohio, Eastern Division ___, there is now concealed *(identify the person or describe the property to be seized)*:

A quantity of a controlled substance and/or proceeds to include US currency or any other items of value which are evidence thereof, and/or contraband, documentation relative to the shipping and receiving of the crate, and packaging material.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 21 USC 841(a)(1) | Possession with intent to distribute a controlled substance |

The application is based on these facts:

**As set forth in the attached Affidavit**

☐ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Samuel Chappell ATF TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/08/2018

*Judge's signature*

City and state: COLUMBUS, OHIO

U.S. Magistrate Judge Vascura
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>ArcBest Freight shipping crate tracking number # 063241919 addressed to Montgomery and Moore 21479 Douglasis Ct Moreno Valley, California 92557 currently located at 1720 Joyce Ave Columbus Ohio 43219. | MISC NO. 2:18-mj-386 |

### AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT

I, Samuel Chappell, Task Force Officer, ATF, being duly sworn, depose and say that I am one of the Lead Investigators in this investigation. I have consulted with the other Lead Investigators regarding this investigation and have probable cause to believe the following is true, based on the investigation to date:

I am a Columbus Ohio Police Office currently assigned as a Task Force Officer with the bureau of Alcohol Tobacco and Firearms. The Columbus Division of Police has employed me since 2007. My responsibilities as a Task Force Officer include the investigation of violent criminal street gangs, narcotics traffickers, money launders, and firearm related crimes. I have participated in the execution of search warrants and arrests related to the above-referenced offenses. By virtue of my experience and training, I am familiar with money laundering techniques utilized by individuals involved in illegal activities, such a narcotics trafficking and the interstate transportation of stolen items. I know that it is common for people involved in these types of illegal activities to accumulate large sums of U.S., currency that they seek to launder in order to avoid detection of their illegal activities, and attempt to freely spend the cash without drawing law enforcement scrutiny.

    a. Throughout this affidavit, reference to "investigators" specifically refers to criminal investigators;

1. On November 30, 2017 at approximately 3:10 p.m., investigators utilizing surveillance techniques observed BERRY enter the code to enter the controlled access gate for Stor All Self Storage located at 4060 E. Main St., Columbus, Ohio 43213, which is a multi-unit storage facility. After leaving the storage unit BERRY returned to his home of 8789 Linick Dr, Reynoldsburg, Ohio 43068. A vehicle commonly used by BERRY then left his home and went to 7743 Astra Circle, Reynoldsburg, Ohio. Investigators have been

1

involved in an investigation of BERRY and his narcotics activity. BERRY is currently on federal supervised release for a previous narcotics conviction.

2. On December 1, 2017, investigators were able to determine that BERRY entered the facility utilizing the distinct code for storage unit #496. Investigators were able to determine that unit #496 is registered to a Nekishe Masten. Ms. Masten listed the address of 3428 E Main Street Columbus Ohio 43213 as her home address. Investigators conducted a search of the Franklin County Auditors records, which showed that no records existed for that address.

3. On December 1, 2017, investigators utilized Ohio State Patrol Trooper Matt Ruth and his narcotics alerting K-9 Katie. Trooper Ruth deployed his K-9 in a search of multiple units located in a shared hallway. This consisted of approximately six units. The K9 unit upon going from door to door in the shared hallway made an immediate positive narcotics alert on unit #496 at approximately 11:36 a.m.

4. On December 1, 2017 at approximately 4:02 p.m., investigators executed a search warrant on Stor All Self Storage Unit 496 located at 4060 E. Main St., Columbus, Ohio 43213. Inside investigators found two large wooden boxes with shipping labels. The labels showed that the boxes weighed 560 lbs. and had been shipped from California to Columbus. Also found inside the unit were tools to open the boxes and packaging for two rolling duffel bags, one gray and one black. Investigators removed the boxes and their packaging from the storage unit and spread them apart in an open area. Officer J Hartman of the Columbus Airport Police and her K-9 Daron arrived. Officer Hartman deployed Daron. Daron alerted to the inside of one of the empty wooden boxes. The shipping labels for the containers located in the storage shed indicated the packages had been sent from Miguel PALMER in California to Miguel PALMER in Ohio. Surveillance shows a vehicle belonging to BERRY was at the residence of PALMER, identified as 3758 Waderidge Trail in Groveport, on November 30, 2017.

5. Investigators have learned that Miguel PALMER has shipped large packages from a storage facility located at 23730 Sunnymead Blvd, Moreno Valley, California to Stor All Self Storage on at least two occasions. On or about October 26, 2017, PALMER shipped two crates weighing approx. 560 lbs. to the unit. The contents of the crate were listed as tables. These crates were consistent with the crates found inside the unit during the search warrant executed on December 1, 2017. On or about November 27, 2017 PALMER shipped one crate at approximately 335 lbs. to the unit. The contents of the crate were listed as a table. The delivery of the package was coordinated by a person identified as Tanika C with a phone number of 614-316-3313.

6. A record search of the number 614-316-3313 shows it belongs to Tanika C

2

MONTGOMERY at 228 Lillian Dr. Pickerington, Ohio 43147.

7. On or about March 16, 2018, investigators from the Riverside County Sheriff's office went to the storage facility at 23730 Sunnymead Blvd., Moreno Valley, California and interviewed the storage facility manager. The facility manager reported that Palmer does not come to the storage unit but does have large deliveries go to the unit. Upon information and belief, other shippers will then pick up Palmer's deliveries and transport them elsewhere. A canine unit conducted a sniff test of the area at the storage unit. The canine unit presented a positive alert for narcotics to the unit rented by Palmer.

8. On May 8, 2018 Investigators observed a large crate tracking number 063241919 and quote ID number 91D0631278 picked up by ArcBest Freight shipping company at 228 Lillian Dr. Pickerington, Ohio 43147. The package was being shipped from MONTOGMOERY and MOORE at 228 Lillian Dr. Pickerington, Ohio 43147 to MONTOGMOERY and MOORE at 21479 Douglasis Court Moreno Valley California 92557. The shipping label states that packages contains a 225lbs table. The label lists Tamika with the phone number 614-316-3313 as the contact.

9. On May 8, 2018 the crate tracking number 063241919 was taken to 1720 Joyce Ave Columbus, Ohio 43219 the distribution center for ArcBest Freight. Investigators went to 1720 Joyce Ave Columbus, Ohio 43219. Among the investigators was Officer Brian Carter, Columbus Police Department, who is the handler for "Benzi" a drug detection dog

10. "Benzi" is a drug detection dog most recently certified by the Ohio Peace Officers Training Council for the detection of marijuana, hashish, cocaine, "crack," heroin, and methamphetamine. K-9 "Benzi" has had 120 hours of training at Gold Shield Training Kennels, Blacklick, OH, a well-established and regarded training facility for police canines. Both in training and actual deployments, K-9 "Benzi" has successfully detected narcotics; demonstrating clear, positive, aggressive (scratch) alerts, establishing himself as a highly reliable police dog.

11. The subject crate was placed among other packages, and "Benzi" was allowed to search the entire area. Officer Carter concluded that K-9 "Benzi" did alert positively to the crate tracking number 063241919, based on that alert, Officer Carter concluded that the odor of one of the drugs that K-9 "Benzi" is trained and certified to detect was present.

12. Items to be seized include a quantity of a controlled substance(s) and/or proceeds to include US currency or any other items of value, and/or contraband, documentation relative to the shipping and receiving of the crate, and packaging material.

3

13. Based on the information contained herein, your affiant maintains there is probable cause to believe that the ArcBest crate tracking number 063241919 contains controlled substances, proceeds from the sale of controlled substance and/or contraband, in violation of Title 21, United States Code, Sections 841(a)(1) and 843(b).

14. Based on the facts set forth in this Affidavit, I believe there is probable cause to believe that controlled substances proceeds from the sale of controlled substance and/or contraband are being concealed in the parcel, and seek the issuance of a warrant to search the parcel for controlled substances to be seized.

_____
Samuel Chappell
ATF Task Force Officer

Sworn to before me, and subscribed in my presence, this 8 day of May 2018, in Columbus, Ohio.

_____
United States Magistrate Judge Vascura

4